IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Richard Gardner ) | |
| Donna Gardner, ) | |
|     *Debtor* ) | Case No. 16-20411 CMB |
| ) | Chapter 13 |
| Richard Gardner ) | |
| Donna Gardner, ) | |
|     *Movant* ) | Docket No. 28 - 29 |
| ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 21, 2016 at true and correct copy of the *Order of Court Dated July 21, 2016 along with the Application to Hire Realtor,* was served by U.S. Overnight Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

KML Law Group PC
701 Market Street
Suite 5000
Philadelphia PA 19106

PHFA-HEMAP
2101 N Front Street
Harrisburg, PA 17110

PNC Mortgage
PO Box 535230
Pittsburgh PA 15253

PNC Bank, National Association
c/o PNC Mortgage, a division of PNC Bank
3232 Newmark Drive
Attn: Bankruptcy
Miamisburg, OH 45342

Andrew F. Gornall, Esq.
KML Law Group, P.C.
701 Market Street
Suite 500
Philadelphia, PA 19106

Richard & Donna Gardner
16 Country Estates Drive
Greensburg, PA 15601

Service by NEF:

Ronda J. Winnecour, Trustee
412-471-5470

Office of United States Trustee
412-644-4785

KML Law Group PC
Attn: Andrew F. Gornall
agornall@goldbecklaw.com

PHFA-HEMAP
717-233-4088

PNC Mortgage
855-363-2738


  July 21, 2016
Date of Service

  /s/ Abagale E. Steidl
Abagale E. Steidl, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
asteidl@steidl-steinberg.com
PA I.D. No. 319217

**PAWB Local Form 7** **(07/13)**