IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Richard Gardner ) | |
| Donna Gardner, ) | |
|     *Debtor* ) | Case No. 16-20411 CMB |
| ) | Chapter 13 |
| Richard Gardner ) | |
| Donna Gardner, ) | |
|     *Movant* ) | Docket No. 28 - 29 |
| ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 22, 2016 at true and correct copy of the *Order of Court Dated July 21, 2016 along with the Application to Hire Realtor,* was served by U.S. Overnight Mail, postage prepaid, upon the following persons and parties:

Ben Wentzel
EXP Realty
1653 McFarland Rd.
Pittsburgh, PA 15216


  July 22, 2016                                                 /s/ Abagale E. Steidl
Date of Service                                           Abagale E. Steidl, Esquire
                                                                  Attorney for the Debtor

                                                                   STEIDL & STEINBERG
                                                                   Suite 2830, Gulf Tower
                                                                   707 Grant Street
                                                                   Pittsburgh, PA 15219
                                                                   (412) 391-8000
                                                                   asteidl@steidl-steinberg.com
                                                                   PA I.D. No. 319217

**PAWB Local Form 7 (07/13)**