## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | Bankruptcy No. 16-20411-CMB |
| **RICHARD M. GARDNER and DONNA R. GARDNER.** | Chapter 13 |
| Debtor. | Related Doc. No. 22 |
| **RICHARD M. GARDNER and DONNA R. GARDNER** | |
| Movant, | |
| v. | |
| **PNC MORTGAGE.** | |
| Respondent. | |

### ORDER REGARDING COMPLIANCE WITH LOSS MITIGATION PROGRAM

An Order authorizing Loss Mitigation was entered April 15, 2016 (Doc. No. 22, the "LPM Order") wherein the Debtor was authorized to enter into the Court's Loss Mitigation Program ("LMP"). The LMP Order provides that the LMP time period is ninety (90) days from the entry of the LMP Order unless extended and that, upon expiration of the LMP time period, the Debtor "shall submit an LMP Final Report" within seven (7) days thereafter.

The record reflects that the LMP time period has expired. Absent extraordinary circumstances, more than sufficient time has elapsed for the Debtor and Respondent to negotiate a consensual loss mitigation settlement and/or mortgage modification.

Accordingly, it is hereby **ORDERED, ADJUGED, and DECREED** that:

1. The Debtor shall file a Status Report summarizing the history and current situation regarding the LMP, including the extraordinary circumstances causing the failure to negotiate a consensual loss mitigation settlement and/or mortgage modification, within fifteen (15) days from the date of this Order; or

2. If the LMP has expired or if a consensual resolution has occurred, file a Final Report with respect to the LMP within fifteen (15) days from the date of this Order.

3. Failure to comply with the terms of this Order may result in the imposition of sanctions. While the Court does not desire to impose sanctions, the Court does desire open LMP matters to progress to completion. If a party to the LMP has not been cooperating or proceeding in good faith, the Court expects the counter-party to bring the matter to the attention of the Court for resolution.

Date: August 22, 2016

_____
Carlota M. Böhm
United States Bankruptcy Judge

**FILED**

AUG 22 2016

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Richard M. Gardner, Sr.
Donna R. Gardner
    Debtors

Case No. 16-20411-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dsaw    Page 1 of 1    Date Rcvd: Aug 22, 2016
    Form ID: pdf900    Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr    PNC Bank, National Association
    TOTALS: 1, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2016    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2016 at the address(es) listed below:
    Abagale E. Steidl    on behalf of Joint Debtor Donna R. Gardner asteidl@steidl-steinberg.com, Julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;npalashoff@steidl-steinberg.com
    Abagale E. Steidl    on behalf of Debtor Richard M. Gardner, Sr. asteidl@steidl-steinberg.com, Julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;npalashoff@steidl-steinberg.com
    Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    TOTAL: 5