# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | RICHARD M. & DONNA R. GARDNER |
| Case Number: | 16-20411-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, SEPTEMBER 22, 2016 02:00 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
9/27/16 12:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#11 - Final Confirmation of Plan Dated 2/10/2016 - NFC
+Objections By: PNC Bank
R / M #:  11 / 0

**Appearances:**

Debtor: Steidl
Trustee: Winnecour / Bedford / Pail / (Katz)
Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 11/17/16 at 11:30 AM.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Handwritten note:* Debtor seeking to sell real estate to fund plan. Continued to see if any progress and if not other options including conversion.