**Form 132**

**UNITED STATES BANKRUPTCY COURT**  47
**WESTERN DISTRICT OF PENNSYLVANIA**  bsil

In re:                                      Bankruptcy Case No.: 16−20411−CMB

                                            Chapter: 7

**Richard M. Gardner Sr.**                  Donna R. Gardner
Debtor(s)

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
## AND DETERMINATION OF TRUSTEE BOND

   Charles O. Zebley Jr. is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

   In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 11/10/16                             **Andrew R. Vara**
                                            Acting United States Trustee

                                            **Joseph S. Sisca**
                                            Assistant United States Trustee
                                            Western District of Pennsylvania

---

I Charles O. Zebley Jr., hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                            Charles O. Zebley Jr.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Richard M. Gardner, Sr.
Donna R. Gardner
    Debtors

Case No. 16-20411-CMB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Nov 10, 2016
                      Form ID: 132    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2016.
```
aty            +Abagale E. Steidl,    Steidl & Steinberg,    707 Grant Street,   28th Floor - Gulf Tower,
                 Pittsburgh, PA 15219-1908
tr             +Charles O. Zebley, Jr.,    P.O. Box 2124,    Uniontown, PA 15401-1724
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2016                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2016 at the address(es) listed below:
```
              Abagale E. Steidl    on behalf of Joint Debtor  Donna R. Gardner asteidl@steidl-steinberg.com,
               Julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;npalashoff
               @steidl-steinberg.com
              Abagale E. Steidl    on behalf of Debtor Richard M. Gardner, Sr. asteidl@steidl-steinberg.com,
               Julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;npalashoff
               @steidl-steinberg.com
              Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Charles O. Zebley, Jr.    COZ@Zeblaw.com,   PA67@ecfcbis.com;Lyndie@Zeblaw.com
              Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```