**Form 143**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Richard M. Gardner Sr.**
**Donna R. Gardner**
   Debtor(s)

Bankruptcy Case No.: 16–20411–CMB

Chapter: 7
Docket No.: 46 – 45

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

     Ronda J. Winnecour, Esq. has been removed as trustee from this case and will not receive any future notifications.

     The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: November 10, 2016

Michael R. Rhodes
Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-20411-CMB
Richard M. Gardner, Sr.                                               Chapter 7
Donna R. Gardner
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1           Date Rcvd: Nov 10, 2016
                              Form ID: 143            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2016.
tr              +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2016                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2016 at the address(es) listed below:
          Abagale E. Steidl   on behalf of Joint Debtor Donna R. Gardner asteidl@steidl-steinberg.com,
           Julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;npalashoff
           @steidl-steinberg.com
          Abagale E. Steidl   on behalf of Debtor Richard M. Gardner, Sr. asteidl@steidl-steinberg.com,
           Julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;npalashoff
           @steidl-steinberg.com
          Andrew F Gornall   on behalf of Creditor   PNC Bank, National Association
           agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Charles O. Zebley, Jr.   COZ@Zeblaw.com,   PA67@ecfcbis.com;Lyndie@Zeblaw.com
          Joshua I. Goldman   on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                      TOTAL: 7