IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **16-20411** |
| **Richard M. Gardner, Sr.** | : | |
| **Donna R. Gardner** | : | Chapter **7** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| **Richard M. Gardner, Sr.** | : | |
| **Donna R. Gardner** | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Abagale E. Steidl 319217**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Abagale E. Steidl**
Signature
**Abagale E. Steidl 319217**
Typed Name
**28th Floor - Gulf Tower**
**707 Grant Street**
**Pittsburgh, PA 15219-1908**
Address
**412-391-8000 Fax:412-391-0221**
Phone No.
**319217**
List Bar I.D. and State of Admission

West Penn Power
P.O. Box 3687
Akron, OH 44309-3687