**Form RSC**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
**Case No. 16–20411–CMB**
Date Converted:

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Richard M. Gardner Sr. | Donna R. Gardner |
| 16 Country Estates Dr. | 16 Country Estates Dr. |
| Greensburg, PA 15601 | Greensburg, PA 15601 |

Social Security No.:
  xxx–xx–6410                        xxx–xx–7895

Employer's Tax I.D. No.:


NAME/ADDRESS OF ATTORNEY FOR DEBTOR      NAME/ADDRESS OF TRUSTEE
Abagale E. Steidl                        Charles O. Zebley Jr.
Steidl & Steinberg                       P.O. Box 2124
707 Grant Street                         Uniontown, PA 15401
28th Floor – Gulf Tower                  Telephone number:  724–439–9200
Pittsburgh, PA 15219
Telephone number:  412–391–8000


DATE/TIME/LOCATION OF MEETING OF
CREDITORS
March 3, 2017
09:00 AM
Commissioners Hearing Room No.1, Westmoreland
County Courthouse, Greensburg, PA 15601


**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF
CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY
THE CASE SHOULD NOT BE DISMISSED.**


Dated: 1/27/17                          BY THE COURT


                                        Carlota M. Bohm
                                        Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Richard M. Gardner, Sr.
Donna R. Gardner
       Debtors

Case No. 16-20411-CMB
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2       User: bsil       Page 1 of 2       Date Rcvd: Jan 27, 2017
                          Form ID: rsc       Total Noticed: 20


```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2017.
db/jdb          +Richard M. Gardner, Sr.,   Donna R. Gardner,   16 Country Estates Dr.,
                 Greensburg, PA 15601-9241
14191867        +Colonial Acceptance Co.,   312 Fallowfield Avenue,   Pittsburgh, PA 15022-1405
14191868        +Comcast Cable,   300 Corliss Street,   Pittsburgh, PA 15220-4864
14191869        +Comenity Bank/GNDRMTN,   PO Box 182120,   Columbus, OH 43218-2120
14191871        +David Reiss, Esquire,   164 W Crawford Avenue,   Connellsville, PA 15425-3527
14225977         JPMorgan Chase Bank, NA. National Bankruptcy Dept.,   PO BOX 29505 AZ 1-1191,
                 Phoenix, AZ 85038-9505
14175839        +KML Law Group PC,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
14191874        +Mt. View Medical and Giant Eagle Pharmacy,   200 Village Drive,   Greensburg, PA 15601-3783
14191865        +PHFA-HEMP,   2101 N. Front Street,   Harrisburg, PA 17110-1086
14237876        +PNC Bank, National Association,   c/o PNC Mortgage, a division of PNC Bank,
                 3232 Newmark Drive,   Attn: Bankruptcy,   Miamisburg, OH 45342-5421
14175840        +PNC Mortgage,   PO Box 535230,   Pittsburgh, PA 15253-5230

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 28 2017 01:25:35      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14191870        +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jan 28 2017 01:25:51      Credit Management,
                 2121 Noblestown Road,   Pittsburgh, PA 15205-3956
14191872        +E-mail/Text: electronicbkydocs@nelnet.net Jan 28 2017 01:25:42      Department of Education,
                 121 S 13th Street,   Lincoln, NE 68508-1904
14191873        +E-mail/Text: bknotice@erccollections.com Jan 28 2017 01:25:42      Direct TV,   c/o ERC,
                 8014 Baybery Road,   Jacksonville, FL 32256-7412
14192318         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 28 2017 01:27:41
                 LVNV Funding, LLC its successors and assigns as,   assignee of HSBC Bank Nevada, N.A.,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14255067         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 28 2017 01:39:14
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14196598        +E-mail/Text: electronicbkydocs@nelnet.net Jan 28 2017 01:25:42      U.S. Department of Education,
                 C/O Nelnet,   121 South 13th Street, Suite 201,   Lincoln, NE 68508-1911
14191875        +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 28 2017 01:25:48      Verizon Wireless,
                 c/o Jefferson Capital Systems,   16 McCleland Road,   Saint Cloud, MN 56303-2198
14327775         E-mail/Text: bankruptcy@firstenergycorp.com Jan 28 2017 01:25:42      West Penn Power,
                 P.O. Box 3687,   Akron, OH 44309-3687
                                                                                 TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               PNC Bank, National Association
14191866*       +PNC Mortgage,   PO Box 535230,   Pittsburgh, PA 15253-5230
                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2017                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2017 at the address(es) listed below:
           Abagale E. Steidl   on behalf of Joint Debtor Donna R. Gardner asteidl@steidl-steinberg.com,
            Julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;npalashoff
            @steidl-steinberg.com
           Abagale E. Steidl   on behalf of Debtor Richard M. Gardner, Sr. asteidl@steidl-steinberg.com,
            Julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;npalashoff
            @steidl-steinberg.com
```

District/off: 0315-2              User: bsil               Page 2 of 2               Date Rcvd: Jan 27, 2017
                                 Form ID: rsc              Total Noticed: 20


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
           agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Charles O. Zebley, Jr.    on behalf of Trustee Charles O. Zebley, Jr. COZ@Zeblaw.com,
           PA67@ecfcbis.com;Lyndie@Zeblaw.com
          Charles O. Zebley, Jr.    COZ@Zeblaw.com,   PA67@ecfcbis.com;Lyndie@Zeblaw.com
          James  Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                          TOTAL: 8