**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    RICHARD M. GARDNER, SR.
    DONNA R. GARDNER
        Debtor(s)

Case No.:16-20411 CMB

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 02/09/2016 and confirmed on 04/12/2016. The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 2,925.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 2,925.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,023.53 | |
|   Trustee Fee | 112.13 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,135.66 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 1,108.22 | 0.00 | 1,108.22 |
|     Acct: 2465 | | | | |
|   PNC MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0186 | | | | |
|   PNC BANK NA | 20,253.02 | 0.00 | 0.00 | 0.00 |
|     Acct: 2465 | | | | |
|   PHFA(*) | 12,400.00 | 657.45 | 0.00 | 657.45 |
|     Acct: 284 | | | | |
| | | | | 1,765.67 |
| **Priority** | | | | |
|   ABAGALE E STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD M. GARDNER, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD M. GARDNER, SR. | 23.67 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,390.00 | 1,023.53 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| STEIDL & STEINBERG | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CLERK, U S BANKRUPTCY COURT | 23.67 | 23.67 | 0.00 | 23.67 |
| Acct: XXXXXXXXXXXX0411 | | | | |
| | | | | 23.67 |
| **Unsecured** | | | | |
| US DEPARTMENT OF EDUCATION - NELNE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6410 | | | | |
| COLONIAL ACCEPTANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7366 | | | | |
| COLONIAL ACCEPTANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7259 | | | | |
| COLONIAL ACCEPTANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7077 | | | | |
| COLONIAL ACCEPTANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7214 | | | | |
| COMCAST*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 743.79 | 0.00 | 0.00 | 0.00 |
| Acct: 1142 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 498 | | | | |
| DAVID B REISS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8047 | | | | |
| MOUNT VIEW MEDICAL AND GIANT EAGLE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0708 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 9,478.82 | 0.00 | 0.00 | 0.00 |
| Acct: 6118 | | | | |
| JPMORGAN CHASE BANK NA | 4,026.73 | 0.00 | 0.00 | 0.00 |
| Acct: 0707 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                 1,789.34

TOTAL CLAIMED
PRIORITY                  23.67
SECURED               32,653.02
UNSECURED             14,249.34

Date: 04/20/2017                                                /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com